UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22375-CIV-WILLIAMS

MARLON T. LEWIS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Chris M. McAliley's Report and Recommendation ("***the Report***") (DE 26) that the Court deny Plaintiff Marlon T. Lewis's ("***Plaintiff***") Motion for Summary Judgment (DE 22) and grant the Commissioner of Social Security's ("***Defendant***") Motion for Summary Judgment. (DE 23.) On June 29, 2021, Plaintiff initiated the above-captioned case, seeking judicial review of Defendant's decision finding that Plaintiff was not disabled within the meaning of the federal Social Security Act. (DE 1.) In the Report, Judge McAliley found that "there is substantial evidence to support the [Administrative Law Judge's] conclusion[s]" regarding Plaintiff's purported disability and his ability to work in the national economy. (DE 26 at 9.) No objections to the Report have been filed. Upon an independent review of the Report, the record, and applicable case law, the Court agrees with Judge McAliley's findings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (DE 22) is **DENIED**.
3. Defendant's Motion for Summary Judgment (DE 23) is **GRANTED**.
4. The decision of the Administrative Law Judge is **AFFIRMED**.

5. This action is **DISMISSED**.

6. The Clerk of Court is directed to **CLOSE** this case and furnish a copy of this Order, the Report (DE 26), and a copy of the docket sheet in this case to Plaintiff.

7. An order of final judgment will follow separately.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 14th day of September, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Marlon T. Lewis, *Pro Se*
2132 NW 97th Street
Miami, FL 33147
Email: lewis.marlon1973@gmail.com

Noticing Social Security U.S. Attorney
Email: usafls-socialsec@usdoj.gov

Matthew James Feeley
U.S. Attorney's Office
99 NE 4th Street
Suite 300
Miami, FL 33142
Email: matthew.feeley@usdoj.gov